No. 616 August 28, 2024 667

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of D. S.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

D. S.,
*Appellant.*

Lane County Circuit Court
23CC07638; A183132

Charles M. Zennaché, Judge.

Submitted July 12, 2024.

Liza Langford filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Rebecca M. Auten, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Reversed.

**EGAN, J.**

Appellant seeks reversal of a judgment committing her to the custody of the Oregon Health Authority for a period not to exceed 180 days. The trial court entered that judgment after finding that appellant suffered from a mental disorder that caused her to be unable to meet her basic needs. *See* ORS 426.005(1)(f)(B). We reverse.[1]

On appeal, appellant challenges the sufficiency of the state's evidence to support the court's basic-needs determination. The state concedes that the record is legally insufficient in that regard. *See State v. M. A. E.*, 299 Or App 231, 240, 448 P3d 656 (2019) (explaining that ORS 426.005 (1)(f)(B) requires a "nonspeculative risk of 'serious physical harm'—meaning that the person's safe survival will be compromised—in the near future, even though that risk is not imminent"). We agree with and accept the state's concession.

Reversed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.